### FULTON v WETZEL

Ohio Appeals, 8th Dist, Cuyahoga Co

No 13768. Decided Jan 15, 1934

Day & Day, Cleveland, for plaintiff in error.

Merritt A. Vickery, Cleveland, and W. K. Gardner, Cleveland, for defendant in error.

For full opinion see 39 OLR 409; 190 NE 776; 47 Oh Ap 72.